CO-932
Rev. 4/96

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

   Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

   Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

   Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

   [ ]   (a)   relates to common property
   [X]   (b)   involves common issues of fact **(see attachment)**
   [ ]   (c)   grows out of the same event or transaction
   [ ]   (d)   involves the validity or infringement of the same patent
   [ ]   (e)   is filed by the same pro se litigant

II. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

   Check box if new case is related to a dismissed case: [ ]

III. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

IV. CAPTION AND CASE NUMBER OF RELATED CASE(ES). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**State of New Mexico** v. **Musk**   C.A. No. **1:25cv429**

**3/5/2025**                          /s/ Bruce V. Spiva
DATE                                  Signature of Plaintiff /Defendant (or counsel)

*Japanese American Citizens League et al. v. Elon Musk et el.*, No. 1:25-cv-643 (D.D.C.)

Attachment to Related Case Sheet

This case is related to another case pending in this district, *State of New Mexico v. Musk*, No. 1:25-cv-00429 (filed Feb. 13, 2025) under LCrR 57.12(a)(3). Both cases challenge Defendants Elon Musk and the U.S. DOGE Service's (DOGE) attempts to exercise sweeping control over broad swaths of the federal government. *State of New Mexico v. Musk*, No. 1:25-cv-00429, ECF No. 1 (Feb. 13, 2025). The cases both involve issues of the nature and extent of Mr. Musk and DOGE's control over federal spending, contracts, staffing, and structure. The two cases also involve overlapping legal and factual claims, including whether Mr. Musk and DOGE's efforts, and the authority they purport to wield, are ultra vires, violate the Appointments Clause, and violate the separation of powers. *Id*. And both involve overlapping requests for relief, including declarations that the defendants' conduct lacks legal authority, and corresponding injunctive relief enjoining defendants from taking further action to contract federal spending and take personnel actions as to federal employees. This notification is not intended to delay proceedings in *State of New Mexico*, including plaintiffs' pending motion for expedited discovery, *id.*, ECF No. 45, for which briefing is ongoing under a briefing schedule set by the Court, *id.*, ECF No. 36, or plaintiffs' forthcoming motion for a preliminary injunction in that case. Rather, relating the cases would conserve the resources of the Court.