AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Japanese American Citizens League et al.
_____
*Plaintiff*
v.
Elon Musk et al.
_____
*Defendant*

)
)
)
)
)
)

Case No.    1:25-cv-643

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Japanese Am Citizens League; OCA-Asian Pacific Am Advocs; Sierra Club; Union of Concerned Scientists    .

Date:    03/05/2025
_____

/s/ Heather Szilagyi
_____
*Attorney's signature*

Heather Szilagyi (DC Bar No. 90006787)
_____
*Printed name and bar number*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005

_____
*Address*

hszilagyi@campaignlegalcenter.org
_____
*E-mail address*

(202) 736-2200
_____
*Telephone number*

(202) 736-2222
_____
*FAX number*