AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Japanese American Citizens League et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-643 |
| Elon Musk et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Japanese Am Citizens League; OCA-Asian Pacific Am Advocs; Sierra Club; Union of Concerned Scientists    .

Date:    03/06/2025

/s/ Rachel Appel
*Attorney's signature*

Rachel Appel (DC Bar No. 90017750)
*Printed name and bar number*
CAMPAIGN LEGAL CENTER
1101 14th St. NW, Suite 400
Washington, D.C. 20005

*Address*

rappel@campaignlegalcenter.org
*E-mail address*

(202) 822-1854
*Telephone number*

(202) 736-2222
*FAX number*