IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>     *Plaintiffs*,<br><br> v.<br><br>ELON MUSK, in his official position, *et al.*,<br><br>     *Defendants*. | Case No. 1:25-cv-643 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(e), I, Bruce Spiva, move for the admission of attorney Daniel S. Lenz *pro hac vice* in this action.

As set forth in the attached Declaration, Daniel S. Lenz is admitted to, and an active member in good standing of the State Bar of Wisconsin.

I certify that I am an active and sponsoring member of the Bar of this Court.

Dated: March 6, 2025        Respectfully Submitted,

                  */s/ Bruce V. Spiva*
                  Bruce V. Spiva (DC Bar No. 443754)
                  Campaign Legal Center
                  1101 14th Street NW, Suite 400
                  Washington, DC 20005
                  Phone: (202) 736-2200
                  bspiva@campaignlegalcenter.org

                  *Counsel for Plaintiffs*