AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| JAPANESE AMERICAN CITIZENS LEAGUE et al )<br>*Plaintiff* )<br>v. )<br>MUSK et al )<br>*Defendant* ) | Case No. 1:25-cv-00643-TSC |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Japanese Am Citizens League; OCA-Asian Pacific Am Advocs; Sierra Club; Union of Concerned Scientists.

Date: 03/07/2025

/s/ Daniel S. Lenz
*Attorney's signature*

Daniel S. Lenz (WI Bar No. 1082058)
*Printed name and bar number*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
*Address*

dlenz@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*