IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Japanese American Citizens League, et al.*
            **Plaintiff(s)**

            *vs.*            Case No: 1:25-cv-00643-TSC

*Elon Musk, in his official capacity, U.S. DOGE Service and Senior Adviser, et al.*
            **Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate of Good Standing, Appearance of Counsel (Heather Szlagyi), Appearance of Counsel (Rachel Appel), Motion for Admission Pro Hac Vice, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, Declaration for Pro Hac Vice Admission (Daniel S. Lenz), and Complaint for Declaratory and Injunctive Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 3/07/2025 at 4:15 PM, I served Civil Process Clerk, U.S. Attorney's Office for D.C. at 601 D Street, NW, Washington, DC 20004 with the Summons, Civil Cover Sheet, Certificate of Good Standing, Appearance of Counsel (Heather Szlagyi), Appearance of Counsel (Rachel Appel), Motion for Admission Pro Hac Vice, Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court, Declaration for Pro Hac Vice Admission (Daniel S. Lenz), and Complaint for Declaratory and Injunctive Relief by serving Reginald Rowan, Paralegal Specialist, authorized to accept service.

Reginald Rowan is described herein as:

Gender: Male    Ethnicity: Black    Age: 55    Weight: 220    Height: 6'4"    Hair: Black

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/10/2025

*Ambiko Wallace*

*Client Ref Number:*
*Job #:12850260*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*