AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00643-TSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHARLES EZELL, Acting Director OPM
was received by me on *(date)* 03/07/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On March 7, 2025, sent via USPS Certified Mail copies of the complaint, summons, and other docket items in accordance with Fed. R. Civ. P. 4(i) (see additional information below).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/11/2025

/s/ Kunal Dixit
*Server's signature*

Kunal Dixit, Legal Fellow
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc:
Attached are the Certified Mail receipt and electronic delivery confirmation showing proof of service of copies of the complaint, summons, and other docket entries.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20415
OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0113 |
| --- | --- | --- | --- |
| $ | | $0.00 | 57 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)           $ $0.00
- ☐ Return Receipt (electronic)         $ $0.00
- ☐ Certified Mail Restricted Delivery  $ $0.00
- ☐ Adult Signature Required            $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage   $10.10
$

03/07/2025

Total Postage and Fees
$14.95
$

Sent To: Director Charles Ezell, OPM
Street and Apt. No., or PO Box No.: 1900 E St. NW
City, State, ZIP+4®: Washington, DC 20415

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 1421 4693 50

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701421469350

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 8:01 am on March 10, 2025 in WASHINGTON, DC 20415.

**Get More Out of USPS Tracking:**

　　USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20415
March 10, 2025, 8:01 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

**Track Another Package**

[Enter tracking or barcode numbers]