AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00643-TSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LEE M. ZELDIN, Administrator EPA
was received by me on *(date)* 03/07/2025 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On March 7, 2025, sent via USPS Certified Mail copies of the complaint, summons, and other docket items in accordance with Fed. R. Civ. P. 4(i) (see additional information below).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/11/2025

/s/ Kunal Dixit
*Server's signature*

Kunal Dixit, Legal Fellow
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc:
Attached are the Certified Mail receipt and electronic delivery confirmation showing proof of service of copies of the complaint, summons, and other docket entries.

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0113 |
| $ $0.00 | 57 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy)  $ | |
| ☐ Return Receipt (electronic)  $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery  $ $0.00 | Here |
| ☐ Adult Signature Required  $ $0.00 | |
| ☐ Adult Signature Restricted Delivery  $ | |
| Postage $10.10 | |
| $ | 03/07/2025 |
| Total Postage and Fees | |
| $ | |

Sent To Administrator Lee Zeldin, EPA
Street and Apt. No., or PO Box No. 1200 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20460-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 1421 4708 75

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701421470875

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 8:25 am on March 10, 2025 in WASHINGTON, DC 20460.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20460
March 10, 2025, 8:25 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                                                                       ⌄

USPS Tracking Plus®                                                                                                       ⌄

Product Information                                                                                                        ⌄

Feedback

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers