AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00643-TSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LINDA MCMAHON, Secretary of Education
was received by me on *(date)* 03/07/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On March 10, 2025, sent via USPS Certified Mail copies of the complaint, summons, and other docket items in accordance with Fed. R. Civ. P. 4(i) (see additional information below).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/11/2025

/s/ Lauren Sutherland
*Server's signature*

Lauren Sutherland, Paralegal
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc:
Attached are the Certified Mail receipt and electronic delivery confirmation showing proof of service of copies of the complaint, summons, and other docket entries.



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701421468766

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 8:04 am on March 11, 2025 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
March 11, 2025, 8:04 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers