AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00643-TSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. NATIONAL SCIENCE FOUNDATION
was received by me on *(date)* 03/07/2025 .

☐ I personally served the summons on the individual at *(place)* ___
___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___
___, a person of suitable age and discretion who resides there,
on *(date)* ___, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ___, who is
designated by law to accept service of process on behalf of *(name of organization)* ___
___ on *(date)* ___ ; or

☐ I returned the summons unexecuted because ___ ; or

☑ Other *(specify):* On March 7, 2025, sent via USPS Certified Mail copies of the complaint, summons, and other docket items in accordance with Fed. R. Civ. P. 4(i) (see additional information below).

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/11/2025

/s/ Kunal Dixit
*Server's signature*

Kunal Dixit, Legal Fellow
*Printed name and title*

Campaign Legal Center
1101 14th St. NW, Suite 400
Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc:
Attached are the Certified Mail receipt and electronic delivery confirmation showing proof of service of copies of the complaint, summons, and other docket entries.



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052701421469411

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 2:53 pm on March 10, 2025 in ALEXANDRIA, VA 22314.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

ALEXANDRIA, VA 22314
March 10, 2025, 2:53 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers