AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-00643-TSC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    US DEP'T OF HOUSING AND URBAN DEVELOPMENT
was received by me on *(date)*        03/07/2025        .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On March 7, 2025, sent via USPS Certified Mail copies of the complaint, summons, and
other docket items in accordance with Fed. R. Civ. P. 4(i) (see additional information below).

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    03/11/2025                                        /s/ Kunal Dixit
                                                    *Server's signature*

                                            Kunal Dixit, Legal Fellow
                                                    *Printed name and title*

                                            Campaign Legal Center
                                            1101 14th St. NW, Suite 400
                                            Washington DC 20005
                                                    *Server's address*

Additional information regarding attempted service, etc:
 Attached are the Certified Mail receipt and electronic delivery confirmation showing proof of service of
 copies of the complaint, summons, and other docket entries.

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Washington DC 20201 OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0113 |
| --- | --- | --- | --- |
| $ | | $0.00 | 57 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _$0.00_
- ☐ Return Receipt (electronic)        $ _$0.00_           Postmark
- ☐ Certified Mail Restricted Delivery $ _$0.00_           Here
- ☐ Adult Signature Required           $ _$0.00_
- ☐ Adult Signature Restricted Delivery $ _____

Postage     $9.35

$

Total Postage and Fees
$14.20                                   03/07/2025
$

Sent To
U.S. Dept. of Housing & Urban Dev.

Street and Apt. No., or PO Box No.
451 7th St. SW

City, State, ZIP+4®
Washington, DC 20410

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

9589 0710 5270 1241 4704 9671

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052701421470691

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:33 am on March 10, 2025 in WASHINGTON, DC 20201.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20201
March 10, 2025, 7:33 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

**Text & Email Updates**          ⌄

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers