# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAPANESE AMERICAN CITIZENS LEAGUE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-00643-TSC |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above-captioned matter. Please note the following contact information for Mr. Gardner:

Joshua E. Gardner
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-7583
Facsimile: (202) 616-8460
Email: joshua.e.gardner@usdoj.gov

Dated: March 18, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

*/s/ Joshua E. Gardner*
JOSHUA E. GARDNER (FL Bar No. 302820)
Special Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington D.C. 20005
(202) 305-7583
joshua.e.gardner@usdoj.gov

*Attorneys for Defendants*