IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAPANESE AMERICAN CITIZENS LEAGUE, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ELON MUSK, *in his official capacity*, et al.,<br><br>    *Defendants*. | Case No. 1:25-cv-00643-TSC |

**[PROPOSED] ORDER**

    In light of the common issues of law and fact, it is **ORDERED** that this case is consolidated with *New Mexico et al. v. Musk et al.*, No. 25-cv-429, for purposes of a preliminary injunction hearing including the common issues of law and fact pursuant to Fed. R. Civ. P. 42(a)(1). It is further **ORDERED** that both cases shall proceed in a preliminary injunction posture, without consolidation with trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2), and that accordingly, in the interests of judicial economy, both cases may be consolidated for further hearings as to common issues going forward.

    It is further **ORDERED** that *Japanese American Citizens League* Plaintiffs and Defendants proceed in accordance with the following schedule: Provision of any ordered expedited discovery to Plaintiffs at the same time as available in *New Mexico v. Musk*, if applicable, and otherwise no later than April 11; Plaintiffs' motion for preliminary injunction due April 25; Defendants' response and motion to dismiss due May 5; Plaintiffs' response and reply due May 12; and Defendants' reply due May 15.

It is further **ORDERED** that this Court shall hold a status conference for purposes of discussing scheduling for the preliminary injunction hearing.

**SO ORDERED**.

Date:   March ___, 2025

```
_____
```
TANYA S. CHUTKAN
United States District Judge