IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF NEW MEXICO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00429 |
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00643 |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report in *New Mexico, et al. v. Musk et al.*, Civil Action No. 1:25-cv-00429, ECF No. 65, and Joint Status Report in *Japanese American Citizens League, et al. v. Musk, et al.*, Civil Action No. 1:25-cv-00643, ECF No. 47, and it appearing to the Court that these cases involve common parties and common questions of law or fact, it is hereby **ORDERED** that *New Mexico, et al. v. Musk et al.*, Civil Action No. 1:25-cv-00429, is **CONSOLIDATED** with *Japanese American Citizens League, et al. v. Musk, et al.*, Civil Action No. 1:25-cv-00643.

Dated: _____                    _____
                                          Tanya S. Chutkan
                                          United States District Judge