IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>    Defendants. | Civil Docket No. 1:25-cv-00643-TSC |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel for Defendants in the above captioned matter. Please note the following contact information for Mr. Lynch:

CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
Tel: (202) 353-4537
Fax: (202) 616-8470
christopher.m.lynch@usdoj.gov


Dated: March 20, 2025                    Respectfully submitted,

                                         YAAKOV M. ROTH
                                         Acting Assistant Attorney General, Civil Division

                                         DIANE KELLEHER
                                         Director, Federal Programs Branch

                                         CHRISTOPHER R. HALL
                                         Assistant Branch Director, Federal Programs Branch

                                         JOSHUA E. GARDNER (FL Bar No. 302820)
                                         Special Counsel

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
(202) 353-4537
christopher.m.lynch@usdoj.gov

*Attorneys for Defendants*

2