AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Sierra Club, J.A.C.L., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00643 |
| Elon Musk, U.S. DOGE Service, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Sierra Club.

Date: 03/24/2025

/s/ Sanjay Narayan
*Attorney's signature*

Sanjay Narayan CA Bar 183227; DDC Bar CA00028
*Printed name and bar number*

2101 Webster Street
Suite #1300
Oakland, CA 94612
United States of America
*Address*

sanjay.narayan@sierraclub.org
*E-mail address*

(415) 977-5769
*Telephone number*

(510) 208-3140
*FAX number*