**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAPANESE AMERICAN CITIZENS LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ELON MUSK, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-00643-TSC |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties, by and through their respective counsel, hereby stipulate and move the Court to amend the Scheduling Order in this matter [ECF No. 125] as described herein. The parties agree that there is good cause for this Motion and the relief sought.

1. The parties respectfully request the Court amend the Scheduling Order to extend the deadlines and briefing schedule set forth therein by a period of 91 days as set forth below to account for delays in discovery.

2. On May 14, 2026, Plaintiffs sent Defendants their first sets of Requests for Production and Interrogatories.

3. On August 4, 2026, Plaintiffs sent Defendants their second set of Requests for Production and Interrogatories.

4. The parties have conferred in good faith via email and video conference regarding Defendants' production timeline and other disagreements about the scope of discovery. Defendants' productions in response to both sets of requests are ongoing.

5. Additionally, since August 27, 2026, Plaintiffs have diligently attempted to serve Rule 45 subpoenas on three former government employees and have been unable to locate or serve the witnesses, nor are Defendants able to produce the witnesses, although Defendants have recently learned that one of the witnesses is represented by counsel and have provided Plaintiff with contact information for counsel of one of the witnesses.

6. Therefore, Plaintiffs and Defendants stipulate to the following deadlines, and request that the Court amend the Scheduling Order accordingly:

| | |
|---|---|
| End of Discovery | March 19, 2027 |
| Plaintiffs' Motion for Summary Judgment due | April 26, 2027 |
| Defendants' Combined Opposition and Cross-Motion due | May 24, 2027 |
| Plaintiffs' Combined Opposition and Reply due | June 21, 2027 |
| Defendants' Reply due | July 12, 2027 |

Respectfully submitted on this 5th day of November, 2026.

Gloria D. Smith**
Sanjay Narayan
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5532
gloria.smith@sierraclub.org
sanjay.narayan@sierraclub.org

*Counsel for Plaintiff Sierra Club*

*/s/ Bruce V. Spiva*
Bruce V. Spiva (DC Bar No. 443754)
Daniel S. Lenz*
Robert Brent Ferguson (DC Bar No. 1782289)
Tara Malloy (DC Bar No. 988280)
Katherine Hamilton (DC Bar No. 90006168)
Heather Szilagyi (DC Bar No. 90006787)
Rachel Appel (DC Bar No. 90017750)
CAMPAIGN LEGAL CENTER
1333 New Hampshire Ave. NW, Suite 300
Washington, D.C. 20036
(202) 736-2200
bspiva@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
tmalloy@campaignlegalcenter.org

khamilton@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
rappel@campaignlegalcenter.org

*Counsel for Plaintiffs Japanese American Citizens League, OCA-Asian Pacific American Advocates, Sierra Club, and Union of Concerned Scientists*

**Admitted pro hac vice*
** *pro hac vice forthcoming*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

DIANE KELLEHER
Director, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director, Federal Programs Branch

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
JACOB S. SILER (DC Bar No. 1003383)
JAMES J. WEN (NY Bar No. 5422126)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington D.C. 20005
(202) 353-4556
christopher.m.lynch@usdoj.gov
jacob.s.siler@usdoj.gov
james.j.wen@usdoj.gov

*Counsel for Defendants*